UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Francisco Javier Rodriguez Sanabia,<br><br>Plaintiffs,<br><br>v.<br><br>Joshua Johnson, et al.,<br><br>Respondents. | Case No. 2:26-cv-09682-AB-AS<br><br>**ORDER GRANTING PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS UNDER 20 U.S.C. § 2241 AND ORDERING HIS IMMEDIATE RELEASE** |

On August 30, 2026, Petitioner Francisco Javier Rodriguez Sanabia ("Petitioner"), an immigration detainee who is in the custody of United States Immigration and Customs Enforcement ("ICE") at the Adelanto ICE Processing Center in Adelanto, California, and is represented by counsel, filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition"), along with a Motion for Temporary Restraining Order ("TRO") seeking immediate release from custody on the ground that his detention violates his Fifth Amendment right to due process and the Administrative Procedure Act, among other grounds. (Dkt. Nos. 1, 3.)

On August 30, the Court set a briefing schedule on the Motion, establishing September 1 as Respondents' deadline to file an opposition to the Motion, and September 3 as Petitioner's deadline to file a reply. Respondents did not file an

opposition on September 1. On September 2, Petitioner filed a reply pointing out that Respondents did not file an opposition and requesting that the Petition itself be granted as unopposed.

On September 3, Respondents filed an Answer to Petition for Writ of Habeas Corpus and Response to Application for Temporary Restraining Order ("Answer and Response," Dkt. No. 13) expressly stating that they are "not presenting an opposition argument at this time." Respondents also state that "[s]hould the Court enter relief, judgment may be entered [] consistent with the 'expeditious resolution' of § 2241 Immigration Petitions required by the General Order 26-05 and no further filings or proceedings would be necessary in this matter." Respondents thus consent to the granting of the Petition itself, not just the TRO Motion. In light of Respondents' Answer and Response, and upon review of Petitioner's Petition and Motion, and of the record as a whole, the Court will grant the Petition itself.

Accordingly, the Court **GRANTS** Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 and **ORDERS** Respondents to release Petitioner from immigration detention forthwith. The TRO Motion (Dkt. No. 3) is denied as moot.

**CONCLUSION**

1. Petitioner Francisco Javier Rodriguez Sanabia's (A# 205-157-155) Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Dkt. No. 1) is **GRANTED**.
2. Petitioner's Motion for Temporary Restraining Order (Dkt. No. 3) is **DENIED AS MOOT**.
3. Respondents must **IMMEDIATELY RELEASE** Petitioner Francisco Javier Rodriguez Sanabia (A# 205-157-155) from custody in the same position he was in before he was arrested on August 24, 2026. At the time of release, Respondents must return all of Petitioner's documents and possessions.
4. To avoid further irreparable harm and protect the public interest, Respondents are ENJOINED and RESTRAINED from re-detaining Petitioner unless and

until a hearing can be held before a neutral arbitrator to determine whether his re-incarceration would be lawful.

5. Respondents are also ENJOINED and RESTRAINED from placing Petitioner on any GPS/electronic monitoring devices upon his release.
6. The Clerk is directed to serve the Adelanto ICE Processing Center in Adelanto, California with a copy of this Order.
7. The Clerk of the Court shall ENTER JUDGMENT in favor of Petitioner and close this case.

**IT IS SO ORDERED.**

Dated: September 3, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE