UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Francisco Javier Rodriguez Sanabia,<br>Plaintiffs,<br>v.<br>Joshua Johnson, et al.,<br>Respondents. | Case No. 2:26-cv-09682-AB-AS<br>**FINAL JUDGMENT** |

In accordance with the Court's Order Granting Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 filed concurrently herewith, **FINAL JUDGMENT** is hereby **ENTERED** in favor of Petitioner Francisco Javier Rodriguez Sanabia (A# 205-157-155) and against Respondents Joshua Johnson, et al.

**IT IS SO ORDERED.**

Dated: September 3, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE